IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 2:04cr127-A |
| FRED THOMAS, JR. | ) |

### **ORDER**

On May 17, 2005, following the trial of this case and after substantial deliberation, the jury reported that it was hopelessly deadlocked. The Defendant moved for a mistrial, and the motion was GRANTED orally. Accordingly, it is hereby ORDERED as follows:

1. Defendant's Motion for Mistrial, based on a deadlocked jury, is GRANTED, and a mistrial is DECLARED.

2. This case is set for re-trial on June 13, 2005.

DONE this 19th day of May, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE