AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT _____ALABAMA_____

UNITED STATES OF AMERICA

V.

FRED THOMAS, JR.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  2:04cr127-A

The Defendant was found not guilty by a jury on June 22, 2005.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

W. HAROLD ALBRITTON, SENIOR U.S. DISTRICT JUDGE
Name and Title of Judge

June 22, 2005
_____
Date